Argued March 3, reversed and remanded March 10, 1965

## STATE OF OREGON v. STRINGHAM

399 P. 2d 1015

*James P. Leahy,* Portland, argued the cause and filed a brief for appellant.

*Tom P. Price,* Deputy District Attorney, Portland, argued the cause for respondent. With him on the brief was George Van Hoomissen, District Attorney, Portland.

Before McALLISTER, Chief Justice, and PERRY, O'CONNELL, DENECKE and LUSK, Justices.

PER CURIAM.

The state having confessed prejudicial error the judgment is reversed and remanded for a new trial.